**MEMO ENDORSED**



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

July 18, 2022

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022

**VIA ECF**

Re:   *Jaquez v. 3Wishes.com, Inc.*; Case No. 1:22-cv-2568 (VEC)

Dear Judge Caproni:

We represent plaintiff Ramon Jaquez ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference currently set for July 29, 2022, at 10:00 a.m., as well as an adjournment of the July 21st deadline to submit the pre-conference joint submissions. Plaintiff requests this adjournment since Defendant has yet to appear or reach out. Earlier today, Plaintiff filed a proposed Clerk's Certificate of Default. Plaintiff respectfully requests 30 days from the date of the entry of the Clerk's Certificate of Default to move for default judgment. This is Plaintiff's first request for such extension.

We thank the Court for its consideration of the above requests.

Respectfully submitted,
/s/ *Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

Application GRANTED. The initial pretrial conference scheduled for July 29, 2022, is hereby CANCELLED. Defendant's deadline to answer, move, or otherwise respond to the complaint remains July 29, 2022. Plaintiff is directed to serve Defendant a copy of this endorsement and file proof of service by no later than **July 25, 2022**.

SO ORDERED.

*[signature]*   Date: 7/20/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE